# UNITED STATES

## v.

## MATTHEW ERNEST

### 1807

#### Journal Entries

1. Declaration filed . . . . . . . . . *Journal, infra,* *p.  52
2. Discontinuance (of the action on the case) . . . . . "  59
3. Judgment (on attachment) . . . . . . . . . "  60
4. Amended judgment . . . . . . . . . "  119
5. Rule to return property sold . . . . . . . . "  327
6. Continuance . . . . . . . . . . . . "  395

#### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Copy of judgments and marshal's return . . . . *Printed in Vol. 2*
3. Transcript of journal entries . . . . . . . . . . .